**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 19, 2020

VIA ECF
Hon. Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/21/2020

    Re:   *Zingg v. Cuccinelli,* No. 20 Civ. 6780 (AJN)

Dear Judge Nathan:

    This Office represents the government in the above referenced action in which plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Petitions for Alien Entrepreneur (Form I-526). The Court has scheduled an initial pre-trial conference for October 30, 2020, *see* ECF No. 12, and the government writes respectfully to request that the initial conference be adjourned until after a decision on the government's anticipated motion to dismiss. Plaintiffs' counsel consents to the adjournment of the conference.

    This is the government's second request to adjourn the conference. The Court previously granted the government's request to adjourn the original pre-trial conference, which had been scheduled for before the deadline to respond to the complaint. *See* ECF No. 12.

    Having conferred with plaintiffs' counsel, the government also respectfully requests that this Court endorse the parties' jointly proposed briefing schedule on the government's motion to dismiss:

- Government's opening brief: October 27, 2020
- Plaintiffs' opposition brief: November 25, 2020
- Government's reply brief: December 9, 2020

SO ORDERED

*[signature: Alison J. Nathan]*
10/20/2020

I thank the Court for its consideration of these requests.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *s/ Rebecca R. Friedman*
     Rebecca Friedman
     Assistant United States Attorney
     Telephone: (212) 637-2614
     Facsimile: (212) 637-2686
     E-mail: rebecca.friedman@usdoj.gov

cc: Counsel of record (via ECF)